IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Surma, Krzysztof | Case Number: 06 B 09755 |
|---|---|---|
| | Surma, Hanna | Judge: Hollis, Pamela S |
| | Printed: 6/24/08 | Filed: 8/11/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  April 14, 2008
Confirmed: October 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,655.00 | |
| Secured: | | 10,502.61 |
| Unsecured: | | 2,387.28 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 725.37 |
| Other Funds: | | 39.74 |
| Totals: | 13,655.00 | 13,655.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | M & I Bank | Secured | 0.00 | 0.00 |
| 2. | Toyota Motor Credit Corporatio | Secured | 10,502.61 | 10,502.61 |
| 3. | ECast Settlement Corp | Unsecured | 293.11 | 17.01 |
| 4. | Specialized Management Consultants | Unsecured | 222.64 | 19.05 |
| 5. | Kohl's/Kohl's Dept Stores | Unsecured | 82.51 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 3,243.71 | 277.62 |
| 7. | American Express Centurion | Unsecured | 4,036.24 | 345.44 |
| 8. | ECast Settlement Corp | Unsecured | 5,007.27 | 428.55 |
| 9. | ECast Settlement Corp | Unsecured | 1,496.05 | 128.04 |
| 10. | Resurgent Capital Services | Unsecured | 137.64 | 0.00 |
| 11. | B-Real LLC | Unsecured | 8,696.68 | 744.35 |
| 12. | GE Money Bank | Unsecured | 124.72 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 2,729.03 | 233.56 |
| 14. | ECast Settlement Corp | Unsecured | 855.37 | 73.21 |
| 15. | ECast Settlement Corp | Unsecured | 1,407.37 | 120.45 |
| 16. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 17. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 18. | CB USA | Unsecured | | No Claim Filed |
| 19. | Bank Of America | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 38,834.95 | $ 12,889.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 14.48 |
| 4.8% | 69.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Surma, Krzysztof<br>Surma, Hanna<br>Printed: 6/24/08 | Case Number:  06 B 09755<br>Judge:  Hollis, Pamela S<br>Filed:  8/11/06 |

                 5.4%              641.51
                                    _____
                                   $ 725.37

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                    Marilyn O. Marshall, Trustee, by:

